UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jose Sermeno<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   13-12116<br><br>Chapter:  7<br>Honorable A. Benjamin Goldgar<br>Lake County |

## TRUSTEE'S MOTION TO DISMISS PETITION

THIS CAUSE COMING ON TO BE HEARD upon the motion of the Trustee, Ilene F. Goldstein, for the entry of an order pursuant to 11 U.S.C. § 707, dismissing the Debtors' case due to Debtor's failure to comply with provisions under Title 11, after notice and hearing pursuant to Federal Rules of Bankruptcy Procedure 2002, this Court having jurisdiction and being fully advised;
IT IS HEREBY ORDERED THAT:
The Debtor's Chapter 7 case is dismissed for cause pursuant to 11 U.S.C. § 707.

Enter:

Dated: JUL 1 9 2013

United States Bankruptcy Judge

**Prepared by:**
Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Avenue, Suite 200
Highland Park, IL 60035
(847) 926-9595

Rev: 20130103_bko